

# Fourth Court of Appeals
## San Antonio, Texas

September 1, 2021

No. 04-21-00239-CV

James Thomas **GREEN**,
Appellant

v.

**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**, J. Doe(s), Evelyn Castro, Maria
Ramirez, Elida DeLaRosa, Eric Fletcher,
Appellee

From the 81st Judicial District Court, La Salle County, Texas
Trial Court No. 2020-08-00149-CVL
Honorable Lynn Ellison, Judge Presiding

### ORDER

In accordance with this court's opinion of this date, appellees' motion to dismiss is GRANTED and this appeal is DISMISSED FOR WANT OF JURISDICTION. Appellant's pending motion for extension of time to file his brief is DENIED AS MOOT.

We order that no costs be assessed against appellant because he qualifies as indigent under Texas Rule of Appellate Procedure 20.

It is so **ORDERED** on September 1, 2021.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of September, 2021.

_____
Michael A. Cruz, Clerk of Court